United States District Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS SMITH, <br> SPN # 02025747, <br><br> Plaintiff, <br><br> VS. <br><br> WASHINGTON REGIONAL MEDICAL CENTER, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:23-0074 |

## ORDER OF DISMISSAL

Plaintiff Thomas Smith, an inmate in the Harris County Jail, proceeds *pro se* in this civil rights action. On February 15, 2023, the Court granted Smith leave to proceed *in forma pauperis* and assessed an initial fee of $39 (Dkt. 6). The court also instructed Smith that he was required to notify the court in writing of any address change, and warned that his failure to comply could result in this case being dismissed for want of prosecution (*id.* at 3). The order was sent to Smith at the Harris County Jail, which was the address he supplied with his pleadings. Because the court's order was not returned as undeliverable, it appears that Smith received the order.

To date, Smith has made no payment. Additionally, Harris County's public online records indicate that he is no longer detained in the Harris County Jail. *See* Find Someone In Jail, available at https://harriscountyso.org/JailInfo/FindSomeoneInJail (last visited Apr. 26, 2023). Smith has failed to update his address as previously instructed.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) requires compliance with all past instructions.

The Court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____April 28_____, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE